IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Linda Leisure,                         :

    Plaintiff,                      :

  v.                                   :    Case No. 2:05-mc-0061

Chief of Police Jean Miller,           :    JUDGE SMITH
Reynoldsburg Ohio Police
Department,                            :

    Defendant.                      :

ORDER

    As noted in the Court's order issued in this case on October 20, 2005, this miscellaneous case is actually a regular civil action and should have been filed as such.  Because it was not, and plaintiff did not pay the full filing fee for a regular civil case, plaintiff was directed to submit the balance of the $250.00 filing fee or face dismissal.

    Prior to the issuance of the Court's order, the defendant filed a motion to dismiss.  Rather than responding to either the order or the motion, plaintiff filed a motion to dismiss without prejudice on October 24, 2005.  There has been no opposition to that motion.

    The improper designation of this action as a miscellaneous case does not preclude the Court from treating it as a regular civil case and applying the Federal Rules of Civil Procedure to it.  Under Fed.R.Civ.P. 41(a), a plaintiff may unilaterally dismiss a case at any time before an answer or motion for summary judgment has been filed.  Neither has been filed in this case. Therefore, treating plaintiff's motion as a notice of voluntary dismissal, the motion (#7) is GRANTED.  This case is DISMISSED

WITHOUT PREJUDICE.

<u>/s/ George C. Smith</u>
George C. Smith
United States District Judge
